IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-cv-3046-MDH |
| | ) | |
| JOEL TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the Petition to Determine Present Mental Condition of an Imprisoned Person (Doc. 1) was referred to the United States Magistrate Judge for preliminary review under 28 U.S.C. § 636(b).

The United States Magistrate Judge has completed his preliminary review of the Petition for Determination of Defendant's mental condition and has submitted a Report and Recommendation to the undersigned. (Doc. 8).

On February 23, 2017 Ian Lewis entered an appearance on behalf of Defendant. On March 3, 2017, Defendant filed a pro se opposition to the Petition. (Doc. 4). On June 20, 2017 the magistrate held a hearing on the pending 4246 Petition. Defendant was represented at the hearing by his attorney, Mr. Lewis. During the hearing, Defendant indicated he wanted to withdraw his pro se opposition to the Petition. Defendant further stated, through counsel, that he consented to the Petition and that he waived the 14 day time to filed exceptions. (Doc. 7).

After a review of the records before the Court, the Court finds by clear and convincing evidence that commitment under the provisions of 18 U.S.C. § 4246 is appropriate. As set forth in detail in the Magistrate's Report and Recommendation, Defendant has been diagnosed with

1

unspecified schizophrenia spectrum and other psychotic disorder. The risk assessment panel unanimously agree that Defendant meets the requirements for civil commitment under 18 U.S.C. § 4246.

Wherefore, based on an independent and careful review of the record, the Court finds by clear and convincing evidence that commitment under the provisions of 18 U.S.C. § 4246 is appropriate.

For the reasons stated herein, Defendant's pro se objection is withdrawn.

It is **FURTHER ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED** and incorporated herein.

It is **FURTHER ORDERED** that defendant be, and is hereby, committed under the provisions of 18 U.S.C. § 4246.

**IT IS SO ORDERED.**

DATED: July 13, 2017

                 /s/ Douglas Harpool
                 **DOUGLAS HARPOOL**
                 **UNITED STATES DISTRICT JUDGE**